FILED

2017 Apr-25  PM 04:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **CENTRAL CITY DEVELOPERS, LLC,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION NO.** |
| | ) | |
| **v.** | ) | _____ |
| | ) | **Removed from the Circuit Court** |
| **DONALD WOLLAN and** | ) | **of Jefferson County, Alabama** |
| **SADDLES BLAZIN, LLC,** | ) | **01-CV-2017-901181.00** |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF REMOVAL**

COME NOW Defendants Donald Wollan ("Wollan") and Saddles Blazin, LLC ("Saddles Blazin") (collectively, "Defendants"), by and through its undersigned counsel, pursuant to 28 U.S.C. §§ 1332 and 1441, and give notice of the removal of this action from the Circuit Court of Jefferson County, Alabama, where it is now pending, to the United States District Court for the Northern District of Alabama, Southern Division.  In support of this Notice of Removal, Defendants state as follows:

**PROCEDURAL HISTORY**

1.    On March 23, 2017, Plaintiff Central City Developers, LLC ("Central City" or "Plaintiff") filed this action against Defendants in the Circuit Court of

Jefferson County, Alabama, Civil Action Number 01-CV-2017-901181.00.  Copies of all process, pleadings, and orders served in this action are attached hereto as Exhibit A.  There have been no other process, pleadings, or orders served or issued to date other than those contained in Exhibit A.

2.      This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b) as it has been filed within thirty days of receipt of the initial pleading through service or otherwise.  Defendant Saddles Blazin first received notice of the Complaint via certified mail received on March 27, 2017.  Defendant Donald Wollan first received notice of the Complaint on March 28, 2017.  (*See* Ex. A, State Court Docket Sheet (reflecting that Defendants were served on 3/27/17 and 3/28/17, respectively); Declaration of Don Wollan ("Wollan Dec."), attached hereto as Exhibit B, ¶ 3.)

3.      A copy of this Notice of Removal is being filed with the Clerk of the Circuit Court of Jefferson County, Alabama, as required by law.  *See* 28 U.S.C. § 1446(d).

4.      Venue for removal is proper in this district and division under 28 U.S.C. § 1441(a) and 28 U.S.C. § 81(b)(2) because this district and division embrace the Circuit Court of Jefferson County, Alabama, the forum in which the removed action was pending.  Assignment to the Southern Division of the

Northern District is appropriate pursuant to 28 U.S.C. § 81(a)(3), which states, "The Southern Division comprises the counties of Blount, Jefferson, and Shelby." The state court action that Defendants remove is pending in the Circuit Court of Jefferson County, Alabama.

## DIVERSITY JURISDICTION

5.    Diversity jurisdiction requires that each plaintiff be a citizen of a state different from each defendant and that the amount in controversy exceed $75,000, exclusive of interest and costs.  *See* 28 U.S.C. § 1332(a).  Any civil action brought in state court of which the federal district courts have original jurisdiction may be removed by the defendant to federal court.  *See* 28 U.S.C. § 1441(a).  As detailed below, this case is properly removable to this Court pursuant to § 1441 on the basis of diversity jurisdiction under § 1332.

6.    As reflected in the Complaint, Plaintiff is an Alabama Limited Liability Company, organized and existing pursuant to the laws of the State of Alabama.  (Ex. A, Compl. ¶ 1(Doc. 2).)  Plaintiff's principal place of business is located in the Birmingham, Alabama, area.  (*See* Ex. C hereto.)[1]  Upon information and belief, the members of the Plaintiff LLC are all citizens of the State of

---

[1] Printed from the Alabama Secretary of State's website on April 24, 2017, http://arc-sos.state.al.us/cgi/corpdetail.mbr/detail?corp=353644&page=name&file=&type=ALL&status=ALL&place=ALL&city=.

Alabama.    Thus, for diversity purposes, Plaintiff is a citizen of the State of Alabama.

7.      Wollan is an individual and is a citizen of the State of California. (Wollan Dec., ¶ 1.)

8.      Saddles Blazin is a limited liability company organized and existing pursuant to the laws of the State of Nevada with its principal place of business in the State of California.  (Wollan Dec., ¶ 4.)  "[A] corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business . . . ."  28 U.S.C. § 1332(c)(1).  A "limited company is a citizen of any state of which a member of the company is a citizen."  *Rolling Green MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1022 (11th Cir. 2004).  In this case, from the date of the commencement of this action to the date of the filing of this Notice of Removal, Saddles Blazin's members were and are:  Don Wollan, who is a citizen of the State of California; John Pennant-Jones, who is a citizen of the State of California; Daniel Shea, who is a citizen of the State of California; Brian Kelley, who is a citizen of the State of California; Diane Pratt, who is a citizen of the State of Washington; Michael Carro, who is a citizen of the State of Florida; and Greg Hazard, who is a citizen of the State of Florida.  (Wollan Dec., ¶ 4.)  None of the

members of Saddles Blazin are citizens of the State of Alabama.  (Wollan Dec., ¶ 4.)

9.      The Complaint includes allegations against Fictitious Defendants A and B.  (*See* Compl., ¶¶ 3 & 4.)  Citizenship of fictitious defendants is not considered in the determination of diversity jurisdiction.  28 U.S.C. § 1441(b)(1) ("In determining whether a civil action is removable on the basis of the jurisdiction under section 1332(a) of this title, citizenship of defendants sued under fictitious names shall be disregarded.").  Accordingly, complete diversity is present in this action.

10.      Further, the amount in controversy is in excess of $75,000, exclusive of interest and costs.  Plaintiff claims Defendant Saddles Blazin has breached a commercial lease agreement and that Defendant Wollan, as guarantor, is liable for damages arising from the alleged breach.  The Complaint further alleges various tort claims against the Defendants, including fraud and conspiracy, seeks compensatory and punitive damages based upon this alleged conduct, and alleges that Defendants are jointly and severally liable for Plaintiff's alleged damages. (*See* Compl. ¶¶ 7-9, 32-44.)  Plaintiff's discovery served with the Complaint asserts that under the Lease "the total of the unpaid monthly Base Rent payments for the 10 year period of Base Rent payment is $861,000."  (Ex. A, Plt's RFA # 17

(Doc. 7).)  In addition, Plaintiff seeks payment of its attorney's fees pursuant to the terms of the Lease agreement and Guaranty as part of its damages.  (Compl. ¶¶ 10 & 44.)  Accordingly, the amount in controversy exceeds $75,000, exclusive of costs and interest.

11.     Based on the foregoing, and pursuant to 28 U.S.C. § 1441(a), removal of Plaintiff's Complaint and this action is proper on the basis of diversity jurisdiction under 28 U.S.C. § 1332.

12.     If any question arises as to the propriety of this removal, Defendants request the opportunity to present a brief in support of removal.

WHEREFORE, PREMISES CONSIDERED, Defendants Donald Wollan and Saddles Blazin, LLC request that further proceedings in the Circuit Court of Jefferson County, Alabama be discontinued and that this suit be removed to the United States District Court for the Northern District of Alabama, Southern Division.

Respectfully submitted,

*/s/ John W. Scott*
John W. Scott (ASB-1788-T68J)
Kimberly W. Geisler (ASB-3671-Y88G)
Ethan A. Wilkinson (ASB-8720-D20X)
Counsel for Defendants Donald Wollan and
Saddles Blazin, LLC

6

**OF COUNSEL:**
Scott Dukes & Geisler, P.C.
211 Twenty-Second Street North
Birmingham, Alabama 35203
Telephone:  (205) 251-2300
Facsimile:  (205) 251-6773
Email:       jscott@scottdukeslaw.com
                  kgeisler@scottdukeslaw.com
                  ewilkinson@scottdukeslaw.com


## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of April, 2017, I have served a copy via United States Mail, postage prepaid, and addressed to the following counsel of record:

David C. Skinner, Esq.
David C. Skinner, LLC
1025 23rd Street South, Suite 103
Birmingham, Alabama 35205


/s/ John W. Scott
Of Counsel

88831.1

7